IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-mj-01138-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HILARIO MARTINEZ-FABELA,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Criminal Complaint and vacate the Arrest Warrant in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the Criminal Complaint in the above-captioned case is dismissed and the Arrest Warrant is vacated.

DATED at Denver, Colorado, this 23rd day of January, 2012.

                                            BY THE COURT:

                                            *s/Craig B. Shaffer*
                                            Craig B. Shaffer
                                            United States Magistrate Judge